B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re   Stephanie Ann Chitwood                                                  Case No.   24-23447
                                         Debtor(s)                              Chapter    13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 6,000.00 |
   | Prior to the filing of this statement I have received | $ 2,000.00 |
   | Balance Due | $ 4,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☒ Other (specify):   Debtor's mother

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   b. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

 August 3, 2024                          /s/ Evan Livingstone
 *Date*                                  Evan Livingstone 252008
                                         *Signature of Attorney*
                                         Evan Livingstone
                                         2585 Sebastopol Rd Unit 7265
                                         Santa Rosa, CA 95407
                                         (707) 206-6570   Fax: (707) 676-9112
                                         evanmlivingstone@gmail.com
                                         *Name of law firm*

---