**2**

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 24-23447-A-13C |
| | DCN: DPC-1 |
| STEPHANIE A. CHITWOOD, | TRUSTEE'S OBJECTION TO CONFIRMATION |
| | DATE: OCTOBER 22, 2024 |
| | TIME: 9:00 A.M. |
| | JUDGE: CLEMENT |
| Debtor | COURTROOM: 28, 7TH FLOOR |

    DAVID P. CUSICK, TRUSTEE, objects to confirmation of the Debtor's Plan, (DN 15), and does not recommend its confirmation.

    The Trustee objects to confirmation as follows:

    **PLAN RELIES ON VALUING COLLATERAL**. The Debtor cannot afford to make the payments or comply with the Plan, 11 U.S.C. §1325(a)(6). The Debtor's Plan relies on a Motion to Value Collateral being filed for M&T Bank, listed in Class 2(B). To date, Debtors have failed to file a Motion to Value Collateral. If the motion to value is not filed, and granted,

1

the Debtor's Plan does not have sufficient monies to pay the claim in full and therefore should be denied confirmation.

      WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor's Plan, if no such motion is filed, or continue this objection to the scheduled hearing date if such a motion is filed prior to the hearing on this objection.

Dated:    September 25, 2024                      /s/Kristen Koo
                                                  Kristen Koo, Attorney for Trustee