**2**
*/s/Dane  Exnowski*, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Fax: 312-803-9663
Dane.Exnowski@mccalla.com

Attorney for Secured Creditor

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**Stephanie Ann Chitwood,**<br><br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 24-23447<br><br>CHAPTER: 13<br><br>Docket Control No. **DWE-001**<br><br>Local Bankruptcy Rule 9014-1(f)(2)<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>**Confirmation Hearing**:<br><br>Date: 10/22/2024<br>Time: 9:00 a.m.<br>Place: Sacramento Courtroom 28,<br>Department A |

**TO THE HONORABLE RENE LASTRETO II, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

M&T Bank ("Secured Creditor") hereby objects to the confirmation of the Debtor's Chapter 13 Plan in the above-captioned matter. Secured Creditor is a party in interest as the holder of a secured claim and therefore has standing to object to the Debtor's Chapter 13 Plan.  Secured Creditor objects to the Debtor's Chapter 13 Plan on the following grounds:

1.  **Secured Creditor's claim relating to the Property.** Secured Creditor is the lienholder with respect to 1629 2nd Ave, Olivehurst, CA 95961 ("Property"). Debtor's Plan provides for Class 2(b) secured claim, which valued down to the [purported] value of the Property, with a resulting proposed secured claim of $87,489.00 at 0% interest. Secured Creditor objects to the valuation of its claim and the proposed interest rate of 0.00%.

2.  **Objection.** Here, the Debtor has not obtained any order or judgment valuing the Property or secured claim at any amount, whether at $87,489.00 or otherwise, as required by FRBP 3012 and 11 U.S.C. § 506(a) [as well as by § 3.08(c) of the proposed plan].

Similarly, the Plan violates 11 U.S.C. § 1325(a)(5)(B)(ii), which requires that a plan provide a secured claimant the value of its allowed secured claim; as Debtor has not obtained any order or judgment valuing the Property at $87,489.00 (and, thus, the allowed secured claim), the plan violates 11 U.S.C. § 1325(a)(5)(B)(ii).

Finally, Secured Creditor also objects to the proposed interest rate of 0.00%. The current federal prime rate 8.0%. Secured Creditor submits that this proposed rate of interest of 0.00% is patently insufficient. *See, e.g., Till*. *See, e.g.*, *Till v. SCS Credit Corp.*, 541 U.S. 465, 479, 124 S. Ct. 1951, 1961 (2004) (describing the 'prime plus' approach to determining an appropriate rate of interest, *to wit*, taking the national prime rate and adjusting the same for the greater risk of nonpayment posed by the bankrupt debtor).

///
///
///
///
///
///
///

**CONCLUSION**.

    **WHEREFORE**, Secured Creditor respectfully requests that:

1. Confirmation of Debtor's Chapter 13 Plan be denied; or, in the alternative,

2. For other such relief as the Court deems just and proper.

Dated:    <u>September 26, 2024</u>        Respectfully Submitted,

                                      McCalla Raymer Leibert Pierce, LLP

                        By:   */s/Dane  Exnowski*

                                      Dane  Exnowski

                                      Attorney for Secured Creditor

**Attachment 6A1**

**<u>Persons Served via United States Mail First Class:</u>**

Debtor
Stephanie Ann Chitwood
244 Oberlin Dr
Galt, CA 95632

Debtor's Counsel
Evan Livingstone
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407

Trustee
David Cusick
PO Box 1858
Sacramento, CA 95812-1858

U.S. Trustee
Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814