**2**
Dane Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802
Telephone: 562-661-5060
Fax: 312-803-9663
BK.CA@McCalla.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| In re:<br><br>**Stephanie Ann Chitwood,**<br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: **24-23447**<br>CHAPTER: **13**<br>Docket Control No. **DWE-001**<br>Local Bankruptcy Rule 9014-1(f)(2)<br><br>**NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br><br>**Confirmation Hearing**:<br>Date: 10/22/2024<br>Time: 9:00 a.m.<br>Place: Sacramento Courtroom 28, Department A |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    M&T Bank ("Secured Creditor") has filed an Objection to Confirmation of Chapter 13 Plan (the "Objection") in the above-captioned matter. Pursuant to the Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines, the Objection will be heard before the Honorable Fredrick E. Clement on <u>October 22, 2024, at 9:00 a.m.</u> in Courtroom 28, Department A, located at the United States Courthouse located at 501 "I" Street, 7th Floor, Sacramento, California.

///

No written response to the objection is required pursuant to Local Bankruptcy Rules 3015-1(c)(4) and 9014-1(f)(2). However, if Debtor fails to appear at the hearing, either personally or by counsel, the Court may grant the requested relief.

Any respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Any parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: September 26, 2024,　　　　　　　Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP

By:　*/s/Dane Exnowski*

　　　Dane Exnowski

　　　Attorney for Secured Creditor