**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 24-23447 - A - 13
Stephanie Ann Chitwood,            ) Docket Control No. DPC-1
          Debtor.                  ) Document No. 21
                                   ) Date: 10/22/2024
                                   ) Time: 9:00 AM
_____) Dept: A
```

**Order**

IT IS ORDERED that the hearing on this objection will be continued to December 3, 2024, at 9:00 a.m. The court may rule in this matter without further hearing.

IT IS FURTHER ORDERED that no later than November 5, 2024, the debtor(s) shall do one of the following:

(A)　<u>File a Statement of No Opposition</u>.  If the debtor(s) agree that the Chapter 13 trustee's objection is well taken, the debtor(s) shall concede the merits and file a statement of non-opposition to the objection.  L.R. 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect..."); LBR 1001-1(c)-(d) (omitting the applicability of L.R. 230 unless the court orders otherwise);

(B)　<u>Respond in Writing to the Objection</u>.  If the debtor(s) disagree with the trustee's objection, the debtor(s) shall file and serve a written response to the objection; the response shall specifically address each issue raised in the trustee's objection to confirmation, state whether the issue is disputed or undisputed, and include admissible evidence in support of the debtor's position.  If the debtor(s) file a response under paragraph 3(B) of this order, then the trustee shall file and serve a reply, if any, no later than November 19, 2024. The evidentiary record will close after November 19, 2024; or

(C)　<u>File a Modified Plan</u>.  If the debtor(s) wish to resolve the Chapter 13 trustee's objection by filing a modified plan, then the debtor(s) shall: (1) file and serve a modified Chapter 13 plan; and (2) file and serve a motion to confirm the modified plan.

[21] - Objection to Confirmation of Plan by David P. Cusick [DPC-1] Filed by Trustee David Cusick (smis)

IT IS FURTHER ORDERED that if the parties resolve the trustee's objection, and there are no additional objections to confirmation pending, then the debtor(s) may submit an order confirming the plan which has been signed by the Chapter 13 trustee. The trustee's signature on the order confirming plan represents to the court that no further objections to confirmation of the proposed plan are pending.

Dated: October 24, 2024

Fredrick E. Clement
United States Bankruptcy Judge

[21] - Objection to Confirmation of Plan by David P. Cusick [DPC-1] Filed by Trustee David Cusick (smis)