**2**
Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone/fax: 562-661-5060
BK.CA@McCalla.com

Attorneys for Secured Creditor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| *In Re* | Case No.: **24-23447** |
| | DCN: EML-001 |
| **Stephanie Ann Chitwood**, | Chapter 13 |
| *Debtor.* | **M&T BANK'S OPPOSITION TO MOTION TO VALUE SECURED CLAIM OF M&T BANK** |
| | **HEARING DATE:** Date: 11/19/2024 Time: 9:00 a.m. Place: Sacramento Courtroom 28, Department A |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, COUNSEL FOR DEBTOR, AND OTHER INTERESTED PARTIES:**

M&T Bank ("Creditor") hereby opposes Debtor's Motion to Value Secured Claim of M&T Bank filed on 10/14/2024 ("Motion"). Creditor's response is based upon the following memorandum of points and authorities and any further evidence of Creditor when such evidence is available.

///

///

///

RESPONSE                                                                1

## I.

## **OPPOSITION**

Creditor holds a first lien with respect to Debtor's real property commonly described 1629 2nd Ave, Olivehurst, CA 95961 ("Property"). Creditor filed its proof of claim on 10/23/2024 in the amount of $198,372.31 [claim number 4-1]. The Debtor seeks to value the Property at $87,489.00, which is based upon a county tax assessment bill utilizing a land value of the Property at $87,489.00.

Creditor believes the Property to be worth $240,000 (land value only). It is currently in the process of finalizing its evidence as to value of the Property. To note, Creditor has its Objection to Confirmation pending with Debtor's evidence or other response due 11/05/2024 and with Creditor's evidence or other such reply due 11/19/2024.

Based on the foregoing, Creditor respectfully requests that instant Motion be continued or reset to coincide with the briefing and evidence schedule set on its Objection to Confirmation.

DATED: 11/05/2024  Respectfully Submitted,

McCalla Raymer Leibert Pierce, LLP

By: */s/ Dane W. Exnowski*
 DANE W. EXNOWSKI
 Attorneys for Creditor

RESPONSE  2