**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 24-23447 - A - 13
Stephanie Ann Chitwood,        ) Docket Control No. EML-1
           Debtor.             ) Document No. 30
                               ) Date: 11/19/2024
                               ) Time: 9:00 AM
                               ) Dept: A
```

**Order**

The debtor's motion to value has been presented to the court.  Given the procedural deficiencies discussed by the court in its ruling,

IT IS ORDERED that the motion is denied without prejudice.

Dated: November 23, 2024

Fredrick E. Clement
United States Bankruptcy Judge

[30] - Motion/Application to Value Collateral of M & T Bank [EML-1] Filed by Debtor Stephanie Ann Chitwood (smis)