**2**

DAVID P. CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 23-23447-A-13C |
| | ) | DCN: DPC-2 |
| | ) | |
| STEPHANIE ANN CHITWOOD, | ) | TRUSTEE'S MOTION TO DISMISS |
| | ) | CASE |
| | ) | |
| | ) | DATE:        APRIL 15, 2025 |
| | ) | TIME:         9:00 AM |
| | ) | JUDGE:       CLEMENT |
| Debtor(s) | ) | COURTROOM:  28, 7th Floor |

DAVID P. CUSICK, STANDING CHAPTER 13 TRUSTEE, hereby moves the Court for an order dismissing this case pursuant to 11 U.S.C. §1307(c)(1) as:

**The Debtor has engaged in unreasonable delay that is prejudicial to creditors.**

1. NO MOTION TO CONFIRM PENDING: No plan has been confirmed where the case was filed on 8/3/2024. Objections to Confirmation by the Trustee and a Creditor were

1

sustained on December 4, 2024, and no motion to confirm is pending. The Debtor has paid $$10,165.50 into the Plan to date.

2. TRUSTEE RECOMMENDS DISMISSAL:

The Debtor must be current under all payments called for by any pending Plan, Amended Plan or Modified Plan as of the date of the hearing on this motion or the case may be dismissed.

According to the Trustee's records, there may be non-exempt equity in the assets listed on Schedules A & B where a claim against Yuba County is listed with unknown value, (DN 12, Page 6, #33.) Where the plan proposes to pay 0.00% to unsecured, the Trustee believes that conversion to a Chapter 7 is not in the best interest of creditors or the estate.

According to the Trustee's records, this case has not previously been converted from another chapter.

WHEREFORE, the Trustee asks that the Court grant an order dismissing this proceeding.

Dated: 3/17/2025　　　　　　　　　　　/s/ Neil Enmark
　　　　　　　　　　　　　　　　　　　Neil Enmark, Attorney for Trustee