Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 206-6570
Fax　　(707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Stephanie Ann Chitwood

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE:<br><br>　　STEPHANIE ANN CHITWOOD<br><br>　　DEBTOR | CASE NO.　24-23447-A-13C<br>DCN:　　　　DPC-2<br><br>**DEBTOR'S OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE**<br><br>DATE:　　December 3, 2024<br>TIME:　　9:00 AM<br>JUDGE:　Hon. Fredrick E. Clement<br>PLACE:　Courtroom 28, 7th Floor<br>　　　　　501 I St, Sacramento, CA 95814 |

　　Debtor STEPHANIE ANN CHITWOOD opposes the Chapter 13 Trustee's Motion to Dismiss her Chapter 13 Case.

　　It is true that Debtor has not amended her Chapter 13 Plan or filed a new motion to value the lien of creditor M&T Bank. However, she is current on her payments under her filed plan.

　　Debtor believes that she will be able to provide new evidence to support her valuation and/or an amended plan, and requests that the Court gives her an additional month in which to confirm a plan.

Date: April 1, 2025　　　　　　　　　　　　/s/ Evan Livingstone
　　　　　　　　　　　　　　　　　　　　　Evan Livingstone
　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor

---

Debtor's Opposition to Trustee's Motion to Dismiss Case