**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 24-23447 - A - 13
Stephanie Ann Chitwood,            ) Docket Control No. DPC-2
              Debtor.              ) Document No. 58
                                   ) Date: 04/15/2025
                                   ) Time: 9:00 AM
                                   ) Dept: A
```

**Order**

IT IS ORDERED that the Trustee's Motion to Dismiss Case is continued to June 10, 2025, at 9:00 a.m. in Courtroom 28, Seventh Floor, 501 I Street, Sacramento, California.

IT IS FURTHER ORDERED that the Debtor's counsel, Evan Livingstone, shall appear at the continued hearing via CourtCall, ZoomGov, or in person.

Dated: April 17, 2025

Fredrick E. Clement
United States Bankruptcy Judge

[58] - Motion/Application to Dismiss Case [DPC-2] Filed by Trustee David Cusick (smis)