**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Stephanie Ann Chitwood

**Case No.:** 24-23447 - A - 13

**Docket Control No.** DPC-2

**Date:** 06/10/2025
**Time:** 9:00 AM

**Matter:** [58] - Motion/Application to Dismiss Case [DPC-2] Filed by Trustee David Cusick (smis)

**Judge: Fredrick E. Clement**
**Courtroom Deputy: Janice Busch**
**Reporter: Electronic Record**
**Department: A**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Trustee's Attorney - Neil Enmark
**Respondent(s):**
Debtor - Stephanie Ann Chitwood;
(by zoom) Debtor's Attorney - Evan Livingstone;
(by zoom) Creditor's Attorney - Dane W. Exnowski

---

**CIVIL MINUTES**

As more fully set forth on the record,

The Debtor requested a continuance to determine whether a loan modification remains viable. The matter will be continued to July 29, 2025, at 9:00 a.m., to give the Debtor one final opportunity to resolve this case.

No later than July 15, 2025, the Debtor and Creditor will file a status report.

If there is no viable pathway for this case to achieve confirmation, the Court noted that it intends to dismiss the case.

The court will issue a civil minute order.