Evan Livingstone (SBN 252008)
LAW OFFICE OF EVAN LIVINGSTONE
2585 Sebastopol Rd, Unit 7265
Santa Rosa, CA 95407
Phone (707) 280-2791
Fax    (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Stephanie Ann Chitwood

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.: 24-23447-A-13C |
| --- | --- |
| STEPHANIE ANN CHITWOOD | DCN: EML-2 |
| Debtor | **NOTICE OF HEARING ON MOTION TO CONFIRM CHAPTER 13 PLAN 11 U.S.C. § 362(c)(3)(B)** |
| | Date: September 23, 2025 |
| | Time: 9:00 AM |
| | Judge: Hon. Fredrick E. Clement |
| | Place: Courtroom 28, 7th Floor 501 I St, Sacramento, CA 95814 |

**TO ALL CREDITORS, THE CHAPTER 13 TRUSTEE, THE UNITED STATES TRUSTEE, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:**

At the above date, time and place, Debtor Stephanie Ann Chitwood will move the Court for an order to confirm their Chapter 13 Plan.

Any opposition to confirmation must be filed and served fourteen (14) days prior to the above hearing date.

Any opposition must be served on Debtor's attorney Evan Livingstone, 2585 Sebastopol Rd, Unit 7265, Santa Rosa, CA 95407, and on the Chapter 13 Trustee, David Cusick, PO Box 1858, Sacramento, CA 95812-1858. Failure to file timely written opposition may result in the motion being resolved without oral argument and the striking of untimely written opposition.

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by

checking the Court's website at https://www.caeb.uscourts.gov/Calendar/PreHearingDispositions after 4:00 P.M. the day before the hearing.

Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: August 19, 2025                         /s/Evan Livingstone
                                               Evan Livingstone
                                               Attorney for Debtor